**Maria A. GREGORY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 00–3123.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2002.

Before MAYER, Chief Judge, CLEVENGER, and GAJARSA, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

*ORDER*

On November 13, 2001, the Supreme Court of the United States issued a decision in *United States Postal Service v. Gregory,* 534 U.S. 1, 122 S.Ct. 431, 151 L.Ed.2d 323 (2001). On January 8, 2002, this court received a certified copy of the

judgment from the clerk of the Supreme Court.

Upon consideration thereof,

IT IS ORDERED THAT:

The mandate issued on July 20, 2000 is recalled and appeal No. 00–3123 is reinstated.